☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **James R. Matthews, III**                                     Case No.

Debtors:                                                              Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**   (1)  **8855 Terry Road**                               (2)
                    **Cedar Grove, TN 38321**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **268.00**    (✓) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
✓ **PAYROLL DEDUCTION** From: **Milan Express Jackson, TN 38305**   OR ( ) DIRECT PAY

**Debtor(2)** shall pay $ _____    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION**                                               OR (  ) DIRECT PAY
From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]                    ☐ YES   ✓ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION                      ✓ YES   ☐ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].                  ☐ YES   ✓ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ✓ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                           Monthly Plan Payment:

**None**                Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
                        ongoing payment begins _____                              $ _____
                        Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**                              Amount _____                              $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ✓ Paid by Trustee to:

**Cenlar Mortgage**    ongoing payment begins  **July 01, 2019**                   $**513.00**
                       Approximate arrearage:  **5,000.00**      Interest _____   $**84.00**

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Capital One Auto Finance - BK Dept** | 12,800.00 | 6.25 | $235.00 |
| **First Consumers Financial** | 1,300.00 | 6.25 | $26.00 |
| **Jackson Credit** | 4,000.00 | 6.25 | $80.00 |
| **Snap-On Credit** | 3,200.00 | 6.25 | $63.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]
**-NONE-**

Value of Collateral: _____    Rate of Interest _____    Monthly Plan Payment: $_____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                        Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

**-NONE-**    Amount: _____    Rate of Interest _____    Monthly Plan Payment: $_____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**    ☐ Not provided for    **OR**    ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $30,173.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Progressive Leasing: set of tires pays $25.00/week with balance of $600.00 Debtor acting as disbursing agent**    ☑ Assumes   **OR**   ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ GAYRA HALL**                                                        Date **June 20, 2019** .
**GAYRA HALL 028087**
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)